# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| TWIN LAKES UTILITIES, INC., | : | No. 389 MAL 2022 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| PENNSYLVANIA PUBLIC UTILITY COMMISSION, | : | |
| Respondent | : | |
| AQUA PENNSYLVANIA, INC., CROSS | : | No. 417 MAL 2022 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| PENNSYLVANIA PUBLIC UTILITY COMMISSION, | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 7th day of March, 2023, the Petition for Allowance of Appeal is **DENIED**.